**DLA PIPER LLP (US)**
STEVE L. HERNANDEZ (SBN 229065)
steve.hernandez@us.dlapiper.com
RYAN M. ESTES (SBN 294876)
ryan.estes@dlapiper.com
JOSE POMPOSO BARAJAS (SBN 321034)
jose.pomposo@us.dlapiper.com
2000 Avenue of the Stars, Suite 400
Los Angeles, CA 90067-4704
Tel: 310.595.3000
Fax: 310.595.3300

Attorneys for Defendant
Specialty Welding and Turnarounds, LLC

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH BELTRAN, individually and on behalf of other individuals similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SPECIALTY WELDING AND TURNAROUNDS, LLC, a Louisiana corporation, and DOES 1-10 inclusive,<br><br>Defendants. | Case No. 2:23-cv-05529<br><br>**DECLARATION OF DOUGLAS SECREST IN SUPPORT OF DEFENDANT SPECIALTY WELDING AND TURNAROUNDS, LLC'S NOTICE OF REMOVAL**<br><br>[*Removed from the Los Angeles County Superior Court, Case No. 23STCV10757*] |

I, Douglas Secrest, declare as follows:

1. I am the Vice President of Strategic Development for Specialty Welding and Turnarounds, LLC (the "Company"). I make this declaration based on my personal knowledge and, if called upon to do so, would and could testify competently as to the contents herein.

2. Specialty Welding and Turnarounds, LLC is a limited liability company organized under the laws of Louisiana with its principal place of business in Gonzales, Louisiana, which is where its corporate headquarters are located and where its officers direct, control, and coordinate the corporation's activities. Specialty Welding and Turnarounds, LLC's sole member is SWAT Acquisition Holdings, Inc., a corporation organized under the laws of Delaware with its principal place of business in Gonzales, Louisiana, which is where its corporate headquarters are located and where its officers direct, control, and coordinate the corporation's activities.

3. I am familiar with the Company's employee personnel files and wage records. Generally, the Company's employee personnel files contain information about the employees' rate of pay, positions held during employment, and time period of employment. I have reviewed the personnel file for Plaintiff Joseph Beltran ("Plaintiff").

4. From May 12, 2019 through approximately May 12, 2023, the Company employed approximately 2,764 current and former non-exempt employees in California. From May 12, 2019 through May 12, 2023, the Company's current and former non-exempt employees in California worked a total of 28,174 work weeks. The average rate of pay for these 2,764 current and former non-exempt employees was $54.91.

5. Due to the nature of the work of the Company's current and former non-exempt employees in California, each employee is terminated at the end of each assignment. From May 12, 2020 through May 12, 2023, approximately

2,083 non-exempt California employees were terminated from employment by the Company. These 2,083 terminated employees earned, on average, $54.41 per hour.

6. All of the Company's current and former non-exempt California employees were paid on a weekly basis. From May 12, 2022 through July 10, 2023, Specialty Welding and Turnarounds, LLC employed approximately 1,327 current and former non-exempt employees in California who received, on average, well over 5 wage statements during this period.

7. Due to the nature of the work of the Company's current and former non-exempt California employees, the employees generally worked between 5 and 7 days per week, with shifts of between 10 and 12 hours per day.

8. The information I provide in this declaration includes all non-exempt employees employed through assignments ending in May 2023, unless specified otherwise.

9. On information and belief, all of the current and former employees referenced in this declaration were residents of the state of California during their employment with Specialty Welding and Turnarounds, LLC and fewer than one-third of Specialty Welding and Turnarounds, LLC's current and former employees in California since May 12, 2019 were residents of the State of Louisiana at the time this lawsuit was filed on May 12, 2023.

I declare under the penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed on July 10, 2023 in Gonzales, Louisiana.

_____
Douglas Secrest

Vice President of Strategic Development
*Specialty Welding and Turnarounds, LLC*